**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ROMAN KOSTIUK,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, SECRETARY, DHS, et al.,<br><br>Respondents. | Case No. 1:26-CV-01508<br><br>JUDGE CHARLES ESQUE FLEMING |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41, Petitioner Roman Kostiuk notices dismissal of this action. Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Respondents produced the document and matter became moot. Respondents, Markwayne Mullin, et al., have not served an answer or motion for summary judgment in this action. Roman Kostiuk accordingly notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: August 25, 2026

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: August 26, 2026

/s/ Nazly Mamedova
Nazly Mamedova
KY 96784
Law Office of Nazly Mamedova
11260 Chester Road, Suite 310
Cincinnati, OH 45246
Phone: 513-456-2959
Counsel for Petitioner